Peter C. Perez, Esq.
**LAW OFFICE OF PETER C. PEREZ**
Suite 802, DNA Building
238 Archbishop Flores Street
Hagatna, Guam 96910
Telephone No. (671) 475-5055
Facsimile No. (671) 477-5445
E-Mail: pcperez@perezlawguam.com
E-Service: perezlawguam@gmail.com

Edward C. Han, Esq.
**LAW OFFICE OF EDWARD C. HAN**
954 Army Drive, Suite 301
Barrigada, Guam 96913
Telephone No. (671) 649-4147/8
E-Mail: edwardhan65@gmail.com

*Attorneys for Plaintiff*
*Patti K. Ishizuka*

**IN THE DISTRICT COURT OF GUAM**

| | |
|---|---|
| PATTI K. ISHIZUKA,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CIVIL CASE NO. cv26-00033<br><br>**COMPLAINT** |

## INTRODUCTION

1. Plaintiff, PATTI K. ISHIZUKA ("Ms. ISHIZUKA") brings this action against the United States ("Defendant") under the Federal Tort Claims Act, 28 U.S.C. §§ 2671 – 2680 ("FTCA"). This is a claim for negligence. The place of occurrence is Guam. The claim arises from an automobile vehicle ("vehicle") – pedestrian collision. The vehicle was owned by the Defendant. The vehicle was driven by a member of the United States Navy, acting within the scope of his office or employment.

## JURISDICTION

2. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §1346(b).
3. On or about November 13, 2025, Ms. ISHIZUKA executed an administrative Federal Tort Claim for personal injuries which was transmitted to the Department of the Navy, Office of the Judge Advocate General, Tort Claims Unit Norfolk, and the Office of the United States Attorney, Guam (collectively "agency"). On or about January 15, 2026, the Department of the Navy confirmed receipt of Ms. ISHIZUKA's claim. On December 19, 2025, the United States Attorney's Office for Guam stamp received Ms. ISHIZUKA's claim. Upon information and belief, Ms. ISHIZUKA's claim has been denied. Alternatively, the agency failed to make final disposition of Ms. ISHIZUKA's claim within six months after it had been filed. Ms. ISHIZUKA has exhausted all available administrative remedies.

## PARTIES

4. At all relevant times herein, Ms. ISHIZUKA was and now is a resident of Guam.
5. The claims are against the Defendant, the UNITED STATES. Under the FTCA, the United States shall be liable, respecting the provisions of this title relating to tort claims, in the same manner and to the same extent as a private individual under like circumstances. 28 U.S.C. § 2674.

## FACTUAL ALLEGATIONS

6. On or about February 2, 2024, at around 7:21 p.m., Ms. ISHIZUKA, a pedestrian, was walking in the Maxi Mart store parking lot located on Ypao Road, Tamuning, Guam.
7. At said time and place, Craig Justin Quichocho, a U.S. military service member, believed to be a member of the U.S. Navy, acting within the scope of his office or employment, operating a 2007 Ford F250 SUP, license plate number 3013V, VIN number

1FT7W2A67HEE37259, owned by the United States government, struck Ms. ISHIZUKA, who was seriously injured and transported for emergency medical treatment.

8. The police investigated the accident and determined that Mr. Quichocho struck Ms. ISHIZUKA at the front left of his vehicle, when driving in a straight position, and that the collision caused injuries to Ms. ISHIZUKA for which she required medic transport.

9. Ms. ISHIZUKA asserts that Mr. Quichocho failed to operate the vehicle with reasonable care, struck her with the front of his vehicle, collided with her, and caused her injuries, harm and damages.

## CLAIMS FOR RELIEF

### COUNT I: NEGLIGENCE

10. Ms. ISHIZUKA incorporates by this reference all allegations contained in paragraphs 1 through 9 as though set forth fully herein.

11. Defendant, by and through Mr. Quichocho, had a duty to act with reasonable care in the operation of the vehicle, including to not place others in an unreasonable risk of harm.

12. That duty was breached.

13. As a direct and proximate result, Ms. ISHIZUKA suffered injuries, harm, and damages including economic and non-economic damages, including but not limited to physical, mental, and emotional pain and suffering damages, diminished health and wellness, and similar damages.

14. Defendant is liable to Ms. ISHIZUKA for negligence, in amounts subject to proof at trial.

### COUNT 2: NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS

15. Ms. ISHIZUKA incorporates by this reference all allegations contained in paragraphs 1 through 14 as though set forth fully herein.

16. Defendant's acts and omissions complained of herein created a foreseeable risk of physical, mental, and emotional injuries and harm to Ms. ISHIZUKA.

17. As a direct and proximate result of Defendant's acts and omissions, Defendant has negligently caused Ms. ISHIZUKA emotional distress and or physical, mental, and emotional injuries and damages, in amounts subject to proof at trial.

## PRAYER

WHEREFORE, Ms. ISHIZUKA prays that Judgment be entered against the Defendant as follows:

1. For general, special, and non-economic physical, mental, and emotional pain and suffering damages in the amounts subject to proof at trial;
2. For economic damages in amounts subject to proof at trial;
3. For costs of suit;
4. For such other and further relief as the Court deems just and proper.

DATED this ________ day of September 2026.

**LAW OFFICE OF PETER C. PEREZ**

By: ______/s/______

**PETER C. PEREZ, ESQ.**
*Co-Counsel for Plaintiff*

## VERIFICATION

I, PATTI K. ISHIZUKA, being first duly sworn, depose and state that I am the Plaintiff in the above-entitled action; that I have read the Complaint and know the contents thereof; and the contents are true and correct, based upon my best knowledge and belief.

Patti Ishizuka

**PATTI K. ISHIZUKA**

SUBSCRIBED AND SWORN TO BEFORE me this 12th day of ~~September~~ October 2026.

**NOTARY PUBLIC**

SHEERA MARIE T. BLAS
NOTARY PUBLIC
In and for the Territory of Guam, U.S.A.
My Commission Expires: SEPT. 29, 2030
Commission Number NP: 26-1036P
1411 Pale San Vitores Road, Suite 303, Tamuning, Guam 96913

SHEERA MARIE T. BLAS
NOTARY PUBLIC
In and for the Territory of Guam, U.S.A.
My Commission Expires: SEPT. 29, 2030
Commission Number NP: 26-1036P
1411 Pale San Vitores Road, Suite 303, Tamuning, Guam 96913

SHEERA MARIE T BLAS ★ NOTARY PUBLIC ★ IN AND FOR GUAM U.S.A.